IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Ms. Lovie H. Cutler

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Prince George's County

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 8:21-cv-00092 -TDC
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

FILED ___ ENTERED
LOGGED ___ RECEIVED

JAN 1 1 2020
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Lovie H. Cutler |
| Street Address | 5801 Falkland Place |
| City and County | Capitol Heights, Prince George's County |
| State and Zip Code | Maryland, 20743 |
| Telephone Number | (240)719-9040 |
| E-mail Address | loviecutler@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Prince George's County |
| Job or Title (if known) | |
| Street Address | 8400 Darcy Road |
| City and County | Forestville, Prince George's County |
| State and Zip Code | Maryland, 20747 |
| Telephone Number | (301) 499-8301 |
| E-mail Address (if known) | |

Defendant No. 2

        Name                    _____

        Job or Title           _____
(if known)

        Street Address        _____

        City and County      _____

        State and Zip Code   _____

        Telephone Number   _____

        E-mail Address       _____
(if known)

Defendant No. 3

        Name                    _____

        Job or Title           _____
(if known)

        Street Address        _____

        City and County      _____

        State and Zip Code   _____

        Telephone Number   _____

        E-mail Address       _____
(if known)

Defendant No. 4

        Name                    _____

        Job or Title           _____
(if known)

        Street Address        _____

        City and County      _____

        State and Zip Code   _____

        Telephone Number   _____

        E-mail Address       _____
(if known)

*(If there are more than four defendants, attach an additional page*
*providing the same information for each additional defendant.)*

II.     **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

     ■ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.     **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Equal Pay Act of 1963, and Title VII of the Civil Rights Act of 1964,

_____

_____

B.     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. *Or* is a citizen of
*(foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)* Prince Georges County , is
incorporated under the laws of the State of *(name)*
Prince Georges County , and has its principal place of
business in the State of *(name)* DPW & T . *Or* is
incorporated under the laws of *(foreign nation)*
DPW & T , and has its principal place of
business in *(name)* Prince Georges County.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain):*

$200,000.00 is being requested to compensate for back wages, over time, potential raises, pain and suffering.

_____

_____

III.   **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Evidence obtained during the Commission's investigation revealed that Charging Party was employed as an Equipment Operator I but was at times required to perform Laborer duties when working overtime, while Male Laborers were assigned Equipment Operator duties and while similarly-situated Male Equipment Operators were treated more favorably. Credible testimonial evidence also establishes that Charging Party was denied opportunities to cross-train in other units and to train on the 10-wheel dump truck while similarly-situated Male Equipment Operators were afforded such training opportunities.

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

$200,000.00 is being requested to compensate for back wages, over time, potential raises, pain and suffering.

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _1 - 11_ , 20_21_.

Signature of Plaintiff  _R H Cutler_
Printed Name of Plaintiff  _Lovie  H  Cutler_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.    For Attorneys**

Date of signing:  _____ , 20___.

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____
Address                      _____
Telephone Number             _____
Email Address                _____